# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 8, 2011

138636 (49)

SHERRI MARTIN,
          Plaintiff-Appellant,

v

DAVID LEDINGHAM, M.D., DAVID
RYNBRANDT, M.D., ANDRIS KAZMERS,
M.D., and PETOSKEY SURGEONS, P.C.,
          Defendants,

and

NORTHERN MICHIGAN HOSPITAL,
          Defendant-Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 138636
COA: 280267
Emmet CC: 05-009021-NH

      On order of the Court, the motion for reconsideration of this Court's December 10, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 8, 2011

0405

                    Clerk